IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>FCA US LLC,<br><br>        Defendant. | Case No. 25-cv-01261-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIFTH CAUSE OF ACTION FOR FRAUDULENT INDUCEMNT** |

      Before the Court is defendant's "Motion to Dismiss Plaintiff's Fifth Cause of Action for Fraudulent Inducement," filed August 18, 2025.  Plaintiff has filed opposition, to which defendant has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for September 26, 2025.

      **IT IS SO ORDERED.**

Dated: September 19, 2025

                                                      MAXINE M. CHESNEY
                                                    United States District Judge

United States District Court
Northern District of California