IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SCOTT,<br><br>        Plaintiff,<br><br>   v.<br><br>FCA US LLC,<br><br>        Defendant. | Case No. 25-cv-01261-MMC<br><br>**ORDER SETTING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Currently pending before the Court is defendant's "Motion to Dismiss Plaintiff's Fifth Cause of Action for Fraudulent Inducement," filed August 18, 2025. Although by prior order the Court vacated the hearing scheduled thereon, deeming "the matter appropriate for determination on the parties' respective written submissions" (see Doc. No. 53), the Court now finds it would be helpful to have counsel appear and to discuss various questions that remain unresolved by the briefing.

Accordingly, a hearing on the above-referenced motion is hereby SET for January 23, 2026, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 5, 2026

MAXINE M. CHESNEY
United States District Judge